UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| FRANCES BALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:04CV153  JCH (MLM) |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge Mary Ann L. Medler, filed June 8, 2005.  See 28 U.S.C. § 636.  In her report, Magistrate Judge Medler recommends that the Court affirm the decision of the Commissioner, and dismiss Plaintiff's Complaint with prejudice.  Plaintiff filed an objection to Magistrate Judge Medler's Report and Recommendation on June 15, 2005.

Upon careful consideration of the Report and Recommendation, Plaintiff's objection, and the record in this case,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 14) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice.  A separate Judgment will accompany this Order.


Dated this 24th day of October, 2005.


                /s/ Jean C. Hamilton
                UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com